UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Susan Cirrito, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   - against -<br><br>GSK Consumer Health, Inc.,<br><br>      Defendant | 1:23-cv-00491-EAW |

### NOTICE OF DISMISSAL (FED. R. CIV. P. 41(a)(1)(A)(i))

NOTICE TO ALL PARTIES that Plaintiff Susan Cirrito hereby dismisses the entire above captioned action (the "Action"). Defendant GSK Consumer Health, Inc. has not served either an answer or a motion for summary judgment in this Action. Therefore, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure: (1) Plaintiff Susan Cirrito's individual claims in this Action are hereby dismissed with prejudice; and (2) any putative class claims in the Action are hereby dismissed without prejudice. Each side shall bear its own attorneys' fees and costs.

Dated: August 18, 2023

                Respectfully submitted,

                /s/Spencer Sheehan
                Sheehan & Associates, P.C.
                60 Cuttermill Rd Ste 412
                Great Neck NY 11021
                (516) 268-7080
                spencer@spencersheehan.com

SO ORDERED

_____
ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT
**DATED: 08/21/2023**

1